

The Children's Hospital of Philadelphia    3401 Civic Center Blvd Philadelphia, PA 19104    (215) 590-4357
Lakisha Kennedy    1514 Alcott Street Philadelphia, PA 19149

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lakisha Kennedy | The Children's Hospital of Philadelphia | 933158 | 08/20/2023 | 09/02/2023 | 09/07/2023 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,800.00 | 207.88 | 239.44 | 12.18 | 1,340.50 |
| YTD | 1,800.00 | 207.88 | 239.44 | 12.18 | 1,340.50 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Regular - Hourly | 08/21/2023 - 08/26/2023 | 40 | 22.5 | 900.00 | | |
| Regular - Hourly | 08/27/2023 - 09/02/2023 | 40 | 22.5 | 900.00 | 80 | 1,800.00 |
| Earnings | | | | 1,800.00 | | 1,800.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 98.71 | 98.71 |
| Medicare | 23.09 | 23.09 |
| State Tax - PA | 48.88 | 48.88 |
| SUI-Employee Paid - PA | 1.26 | 1.26 |
| City Tax - PHILA | 67.50 | 67.50 |
| Employee Taxes | 239.44 | 239.44 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Aetna Dental DMO Plan | 6.98 | 6.98 |
| CHOP Preferred Care Plan | 167.63 | 167.63 |
| Healthcare FSA | 19.05 | 19.05 |
| Long Term Disability - 66 2/3% | 8.30 | 8.30 |
| United Healthcare Vision | 5.92 | 5.92 |
| Pre Tax Deductions | 207.88 | 207.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Additional Life | 2.21 | 2.21 |
| Child Life Insurance | 0.65 | 0.65 |
| Emp Accident Insurance | 5.48 | 5.48 |
| Emp Critical Illness | 3.84 | 3.84 |
| Post Tax Deductions | 12.18 | 12.18 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,592.12 | 1,592.12 |
| Medicare - Taxable Wages | 1,592.12 | 1,592.12 |
| Federal Withholding - Taxable Wages | 1,592.12 | 1,592.12 |
| State Tax Taxable Wages - PA | 1,592.12 | 1,592.12 |
| City Tax Taxable Wages - PHILA | 1,800.00 | 1,800.00 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Personal Leave | 7.69 | 0 | 7.69 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Philadelphia Federal Credit Union | Pfcu | ******5900 | | 1,140.50 | USD |
| Stnde Bank | Chime | ******8522 | | 200.00 | USD |

4:43                                                                    .ıl  5G  82

<         **Summary**   Preview                                                    •••

<                          **Aug 25, 2023**                                         >

**Current**
**8/6/2023 - 8/19/2023**



| Earnings | $1,380.00 | 100.00 % |
|---|---|---|
| ● Pre-Tax Deductions | $13.60 | 0.98 % |



| | | | |
|---|---|---|---|
| ● Taxes | | $286.92 | 20.79 % |
| ● Net Pay | | $1,079.48 | 78.23 % |
| **Hours** | | **80.0000** | **100.00 %** |
| Regular | | 80.0000 | 100.00% |
| **Net Pay** | **Routing #** | **Account #** | **$1,079.48** |
| Direct Deposit | 103100195 | XXXXXXXX8522 | $200.00 |
| Direct Deposit | 236084298 | XX5900 | $879.48 |

Home    Dayforce Assistant    Earnings

4:43    ..Ill 5G 82

&lt;    Summary  Preview    •••

&lt;    **Aug 11, 2023**    &gt;

**Current**
**7/23/2023 - 8/5/2023**



| Earnings | $1,360.00 | 100.00 % |
|---|---|---|
| ● Pre-Tax Deductions | $13.60 | 1.00 % |
| ● Taxes | $286.93 | 21.09 % |

|  |  |  |  |
|---|---|---|---|
| Net Pay |  | $1,059.47 | 77.91 % |
| **Hours** |  | **80.0000** | **100.00 %** |
| Regular |  | 80.0000 | 100.00% |
| Net Pay | Routing # | Account # | $1,059.47 |
| Direct Deposit | 103100195 | XXXXXXXX8522 | $200.00 |
| Direct Deposit | 236084298 | XX5900 | $859.47 |


Home


Dayforce Assistant


Earnings

**4:43**  .ıll  5G  82

Summary | Preview

Jul 28, 2023

## Current
## 7/9/2023 - 7/22/2023



| | | |
|---|---|---|
| **Earnings** | **$1,380.00** | **100.00 %** |
| Pre-Tax Deductions | $13.60 | 0.98 % |
| Taxes | $286.92 | 20.79 % |



| | | | |
|---|---|---|---|
| Taxes | | $236.52 | 20.75 % |
| Net Pay | | $1,079.48 | 78.23 % |
| Hours | | 80.0000 | 100.00 % |
| Regular | | 80.0000 | 100.00% |

| Net Pay | Routing # | Account # | $1,079.48 |
|---|---|---|---|
| Direct Deposit | 103100195 | XXXXXXXX8522 | $200.00 |
| Direct Deposit | 236084298 | XX5900 | $879.48 |

  

Home    Dayforce Assistant    Earnings

Sent from my iPhone

# NTT DaTa

| | | | | | |
|---|---|---|---|---|---|
| **Employee Name:** | Lakisha S Kennedy | | **Pay Date:** | | 7/14/2023 |
| **Employee #:** | 316476 | | **Pay Period:** | | 6/25/2023 - 7/8/2023 |
| **Employee Address:** | 1514 Alcott Street Philadelphia, PA 19149 | | **Deposit Advice #:** | | 639761601 |
| **Department:** | 5002 | | **Pay Frequency:** | | Bi-Weekly |
| **Job Title:** | TEMP BPO Senior Representative | | **Federal Filing Status:** | | Single |
| | | | **Federal 2c/Extra Withholding:** | | No |
| **Employer Name:** | NTT DATA Services, LLC | | **Local Exemptions:** | | (Philadelphia) |
| **Employer Phone:** | 800-745-3263 | | **State Filing Status:** | | (PA) |
| **Employer Address:** | 7950 Legacy Drive Suite 1100 Plano, TX 75024 | | **State Exemptions:** | | (PA) |

| | Current 6/25/2023 - 7/8/2023 | | | YTD As of 7/8/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 80.0000 | | $1,360.00 | 268.0000 | $4,556.00 |
| Regular | 80.0000 | 17.0000 | $1,360.00 | 268.0000 | $4,556.00 |
| **Pre-Tax Deductions** | | | $13.60 | | $27.20 |
| 401k | | | $13.60 | | $27.20 |
| **Taxes** | | | $287.46 | | $923.68 |
| Fed W/H | | | $89.18 | | $259.43 |
| FICA EE | | | $84.32 | | $282.47 |
| Fed MWT EE | | | $19.72 | | $66.06 |
| PA W/H | | | $41.75 | | $139.87 |
| PA UT EE | | | $0.95 | | $3.19 |
| PhilCityW/H | | | $51.54 | | $172.66 |
| **Reimbursements** | | | | | $20.00 |
| Remote Allow | | | | | $20.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $1,058.94 | | $3,625.12 |
| Direct Deposit | 103100195 | XXXXXXXX8522 | $200.00 | | |
| Direct Deposit | 236084298 | XX5900 | $858.94 | | |

**C** CERIDIAN

Page 1 of 1



## Jun 30, 2023

### Current
### 6/11/2023 - 6/24/2023



| | | | |
|---|---|---:|---:|
| **Earnings** | | $1,360.00 | 100.00 % |
| • | Pre-Tax Deductions | $13.60 | 1.00 % |
| • | Taxes | $287.46 | 21.13 % |
| • | Net Pay | $1,058.94 | 77.87 % |
| **Hours** | | 80.0000 | 100.00 % |
| | Regular | 80.0000 | 100.00% |

| Net Pay | Routing # | Account # | $1,058.94 |
|---|---|---|---:|
| Direct Deposit | 103100195 | XXXXXXXX8522 | $200.00 |
| Direct Deposit | 236084298 | XX5900 | $858.94 |

Home   Dayforce Assistant   Earnings

**PATRIOT HOME CARE INC**
5700 N Broad St Third Floor
Philadelphia PA 19141

1407-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID: PHI14670    DD

*Payrolls by Paychex, Inc.*

LAKISHA S KENNEDY
1514 ALCOTT ST
PHILADELPHIA PA 19149

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Lakisha S Kennedy
1514 Alcott St
Philadelphia, PA 19149
Soc Sec #: xxx-xx-xxxx    Employee ID: PHI14670

Home Department: 101 Personal Care / 200 Field

Pay Period: 06/04/23 to 06/10/23
Check Date: 06/16/23    Check #: 139119

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 522 | 334.85 | 6481.66 |
| Chkg 900 | 0.00 | 1634.23 |
| **NET PAY** | **334.85** | **8115.89** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 28.0000 | 14.0000 | 392.00 | 646.5000 | 9051.00 |
| | Hourly (Retro) | | | | 20.0000 | 280.00 |
| | Holiday Worked | | | | 12.0000 | 252.00 |
| | **Total Hours** | 28.0000 | | | 678.5000 | |
| | **Gross Earnings** | | | 392.00 | | 9583.00 |
| | **Total Hrs Worked** | 28.0000 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 24.31 | 594.15 |
| Medicare | | 5.68 | 138.95 |
| Fed Income Tax | SMS | | 69.92 |
| PA Income Tax | | 12.03 | 294.20 |
| PA Unemploy | | 0.27 | 6.71 |
| PA PHILA-Phi Inc | | 14.86 | 363.18 |
| **TOTAL** | | **57.15** | **1467.11** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 334.85 | 8115.89 |

*Payrolls by Paychex, Inc.*
**0942 1407-7304** Patriot Home Care Inc • 5700 N Broad St Third Floor • Philadelphia PA 19141 • (267) 608-1526