## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lakisha S. Kennedy | |
|                  Debtor | CHAPTER 13 |
| MidFirst Bank, its successors and/or assignees | |
|                  Movant | |
|      vs. | |
| Lakisha S. Kennedy | NO. 23-12624 AMC |
|                  Debtor | |
| Scott F. Waterman | |
|                  Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of MidFirst Bank, which was filed with the Court on or about November 3, 2023.

Dated: <u>November 22, 2023</u>

                 Respectfully submitted,

                 <u>/s/Mark A. Cronin</u>
                 Mark A. Cronin, Esq.
                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA  19106
                 Phone: (215) 627-1322
                 mcronin@kmllawgroup.com