## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Lakisha S. Kennedy | |
|                 Debtor(s) | CHAPTER 13 |
| MidFirst Bank, | |
|                 Movant | |
|       vs. | |
| Lakisha S. Kennedy | NO. 23-12624 AMC |
|                 Debtor(s) | |
| Scott F. Waterman | |
|                 Trustee | |
| | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief From Stay of MidFirst Bank, which was filed with the Court on or about February 14, 2024, Document No. 18.


Dated: May 8, 2024

Respectfully submitted,


/s/Denise Carlon
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
dcarlon@kmllawgroup.com