# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  LAKISHA KENNEDY        :   CHAPTER 13
                               :
Debtors                        :   BANKRUPTCY NO. 23-12624AMC

## ORDER

AND NOW, this 6th day of June, 2024, upon consideration of the Motion for Approval of Loan Modification, it is hereby ORDERED that the Debtor's Motion is GRANTED, and that Debtors be allowed to modify their existing mortgage.

BY THE COURT,

_____
                                                                J.