United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-12624-amc

Lakisha S Kennedy     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Aug 23, 2024     Form ID: pdf900     Total Noticed: 46

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lakisha S Kennedy, 1514 Alcott Street, Philadelphia, PA 19149-3332 |
| 14824124 | + | Ally Bank c/o AIS Portfolio Services, LLC, Payment Processing Center, P.O. Box 78367, Phoenix AZ 85062-8367 |
| 14903193 | | Ally Financial c/o AIS Portfolio Services, LLC., Payment Processing Center, P.O. Box 660618, Dallas, TX 75266-0618 |
| 14817143 | + | MIDLAND MORTGAGE, C/O Mark A. Cronin, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14817258 | + | Midland Mortgage, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14813163 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14812260 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2024 23:50:25 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14812364 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2024 23:50:22 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14823975 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 23 2024 23:50:31 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14811774 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 23 2024 23:43:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 14811775 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 23 2024 23:43:00 | Ally Financial, Inc, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 14811776 | + | Email/Text: bankruptcies@amerassist.com | Aug 23 2024 23:44:00 | AmerAssist A/R Solutions, Inc., Attn: Bankruptcy, 1105 Schrock Rd Ste 502, Columbus, OH 43229-1174 |
| 14811777 | + | Email/Text: bankruptcies@amerassist.com | Aug 23 2024 23:44:00 | AmerAssist A/R Solutions, Inc., Po Box 26095, Columbus, OH 43226-0095 |
| 14811778 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 23 2024 23:44:25 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 14811779 | | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 23 2024 23:44:25 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 14811783 | | Email/Text: bankruptcy@cavps.com | Aug 23 2024 23:44:00 | Cavalry Portfolio Services, 4050 E Cotton Center Blvd, Phoenix, AZ 85040 |
| 14826766 | | Email/Text: megan.harper@phila.gov | Aug 23 2024 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, |

Case 23-12624-amc    Doc 44    Filed 08/25/24    Entered 08/26/24 00:32:43    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 23, 2024 | Form ID: pdf900 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14811780 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 23:50:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14811781 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 23 2024 23:50:36 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14811782 | + | Email/Text: bankruptcy@cavps.com | Aug 23 2024 23:44:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14812365 | + | Email/Text: bankruptcy@cavps.com | Aug 23 2024 23:44:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14812304 | + | Email/Text: bankruptcy@cavps.com | Aug 23 2024 23:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14811784 | + | Email/Text: crdept@na.firstsource.com | Aug 23 2024 23:44:00 | First Source Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14811785 | + | Email/Text: bankruptcy@flagshipcredit.com | Aug 23 2024 23:44:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 965, Chadds Ford, PA 19317-0643 |
| 14811786 | + | Email/Text: bankruptcy@flagshipcredit.com | Aug 23 2024 23:44:00 | Flagship Credit Acceptance, Po Box 3807, Coppell, TX 75019-5877 |
| 14813049 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 23:50:22 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14811788 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 23:50:25 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 14811787 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 23 2024 23:50:36 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14811793 | | Email/Text: EBN@Mohela.com | Aug 23 2024 23:44:00 | Mohela/dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14859442 | | Email/Text: EBN@Mohela.com | Aug 23 2024 23:44:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14825772 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 23 2024 23:50:29 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14811789 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2024 23:44:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14811790 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 23 2024 23:44:00 | Midland Funding/Midland Credit Mgmt, 320 East Big Beaver, Troy, MI 48083-1271 |
| 14811792 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 23 2024 23:50:23 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 14811791 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Aug 23 2024 23:50:23 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 14812322 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 23 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14811794 | + | Email/Text: bankruptcy@sw-credit.com | Aug 23 2024 23:44:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14811795 | + | Email/Text: bankruptcy@sw-credit.com | Aug 23 2024 23:44:00 | SWC Group, 4120 International Parkway, Carrollton, TX 75007-1957 |
| 14811796 | ^ | MEBN | Aug 23 2024 23:42:15 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 14811797 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 23 2024 23:44:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14811798 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Aug 23 2024 23:44:00 | | Mall, Minneapolis, MN 55402-7000 U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 14811799 | ^ | MEBN | Aug 23 2024 23:42:00 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 14826124 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 23:50:25 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14826577 | | Email/PDF: ebn_ais@aisinfo.com | Aug 23 2024 23:50:25 | Verizon by American InfoSource as agent, PO Box 4457, Houston TX 77210-4457 |
| 14811800 | + | Email/Text: support@ymalaw.com | Aug 23 2024 23:44:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 25, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MidFirst Bank bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDLAND MORTGAGE bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Lakisha S Kennedy support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Lakisha S Kennedy<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-12624-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

Date: August 23, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE