Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 23-12624-AMC**

Lakisha S Kennedy  
1514 Alcott Street  
Philadelphia  PA    19149

Petition Filed Date: 08/31/2023  
341 Hearing Date: 10/06/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/05/2023 | $220.00 | | 11/08/2023 | $220.00 | | 12/06/2023 | $220.00 | |
| 02/05/2024 | $150.00 | | 02/20/2024 | $125.00 | | 03/05/2024 | $289.00 | |
| 04/15/2024 | $289.00 | | | | | | | |

**Total Receipts for the Period: $1,513.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,513.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | YOUNG MARR & ASSOCIATES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $2,127.17 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $804.17 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $55.50 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $1,799.07 | $0.00 | $0.00 |
| 5 | US DEPARTMENT OF HUD<br>»» 004 | Secured Creditors | $19,536.20 | $0.00 | $0.00 |
| 6 | ALLY BANK aka ALLY FINANCIAL<br>»» 005 | Unsecured Creditors | $719.41 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK<br>»» 006 | Mortgage Arrears | $4,023.39 | $0.00 | $0.00 |
| 8 | VERIZON BY AIS AS AGENT<br>»» 007 | Unsecured Creditors | $137.10 | $0.00 | $0.00 |
| 9 | CITY OF PHILADELPHIA (LD)<br>»» 008 | Secured Creditors | $174.35 | $0.00 | $0.00 |
| 10 | MOHELA ON BEHALF OF<br>»» 009 | Unsecured Creditors | $67,495.71 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-12624-AMC**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,513.00 | Current Monthly Payment: | $153.00 |
| Paid to Claims: | $0.00 | Arrearages: | $459.00 |
| Paid to Trustee: | $151.30 | Total Plan Base: | $5,797.00 |
| Funds on Hand: | $1,361.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.